COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Troy Lee Christensen

Appellate case number:   01-16-00893-CV

Trial court case number:  2015-43169

Trial court:             246th District Court of Harris County


Real party in interest, Christina Christensen, has filed a "Motion Requesting Approval of Proposed Order After Mandamus." The motion is **denied**.

It is so ORDERED.


Judge's signature: /s/ Russell Lloyd
                   Acting for the Court

Panel consists of Chief Justice Radack and Justices Brown and Lloyd

Date: May 25, 2017